UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Master Docket No. M: 05-CV-01699-CRB |
| Larry Abney, Robert Carrozza representing Carmen Carrozza, Deanna Cheatem, Zoltan Drago, Edward Foster, Marvin Lewis, Jane Lothes, Deborah c. Lowry representing Kelvin K. Lowry, Leo Maningas, Robert Mayer, Robert S. Miller, Shirley Sharpe representing Donald V. Sharpe,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER PHARMACEUTICALS, INC., a New York Corporation, | MDL No. 1699<br><br>Original Docket No.: 06 C 6338<br><br>STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE ONLY AS TO EDWARD FOSTER |

Defendant.

Plaintiff, Edward Foster

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure 41(a), by and between counsel for the PLAINTIFF, EDWARD FOSTER, and counsel for the Defendant, that the Complaint of Plaintiff EDWARD FOSTER, is hereby dismissed without prejudice.

1. Plaintiff is EDWARD FOSTER; Defendant is PFIZER PHARMACEUTICALS, INC.;

2. On October 10, 2006, Plaintiff sued Defendant;

3. Plaintiff is part of a Multi-Plaintiff lawsuit and is a named Plaintiff;

4. This stipulation and dismissal only applies to EDWARD FOSTER and not to any other named plaintiff in this class action;

5. PLAINTIFF, EDWARD FOSTER moves to dismiss his claims against Defendant;

6. Defendant has answered these claims;

7. Plaintiff has not dismissed an action based on or including the same claims as those present in this suit.

8. Should Plaintiff or a representative of Plaintiff attempt to re-file claim against Defendants, it is agreed that they will do so only by re-filing in the United States District Court.

9. Each side shall bear its own attorneys' fees and costs.

Dated: _____    KENNETH B. MOLL & ASSOCIATES, LTD.

By: _____
Pamela G. Sotoodeh
Attorney for EDWARD FOSTER

Dated: _____    SIDLEY AUSTIN, LLP

By: _____
Debra E. Pole
Attorney for Defendant PFIZER, INC.,

Dated: 6-V6-07                    GORDON & REES

                                  By: _____
                                  Stuart M. Gordon Attorney for
                                  Defendant PFIZER, INC.,


PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: 7/9/2007                   _____
                                  Hon. Charles R. Breyer

                                  United States District Court