1
2   Pamela G. Sotoodeh
    pgs@thelawgroupltd.com
3   Kurt D. Hyzy
    kdh@thelawgroupltd.com
4   THE LAW GROUP, LTD.
    Three First National Plaza, 50th Floor
5   Chicago, Illinois 60605
    Telephone: (312) 558-6444
6   Facsimile: (312) 558-1112
    Attorneys for Plaintiffs
7
8
9                   UNITED STATES DISTRICT COURT
10                 NORTHERN DISTRICT OF CALIFORNIA
11  _____  )
                                        ) Case No. C 06-6338
12  IN RE: BEXTRA AND CELEBREX          )
    MARKETING SALES PRACTICES AND       )
13  PRODUCT LIABILITY LITIGATION        ) MDL NO. 1699
                                        ) District Judge: Charles R. Breyer
14  _____  )
                                        )
15  LARRY ABNEY, ROBERT CARROZZA        )
    representing CARMEN CARROZZA,       )
16  DEANNA CHEATEM, ZOLTAN              ) STIPULATION AND ORDER OF
    DRAGO, EDWARD FOSTER, MARVIN        ) DISMISSAL WITH PREJUDICE
17  LEWIS, JANE LOTHES, DEBORAH C.      )
    LOWRY representing KELVIN K.        )
18  LOWRY, LEO MANINGAS, ROBERT         )
    MAYER, ROBERT S. MILLER, SHIRLEY    )
19  SHARPE representing DONALD V.       )
    SHARPE,                             )
20  Plaintiffs,                         )
                                        )
21              vs.                     )
                                        )
22  Pfizer, Inc., et al.
                    Defendants.
23
24  _____
25      Come now the Plaintiffs, LARRY ABNEY, ROBERT CARROZZA on behalf of
26  CARMEN CARROZZA, DEANNA CHEATEM, ZOLTAN DRAGO, MARVIN
27  LEWIS, JANE LOTHES, DEBORAH C. LOWRY on behalf of KELVIN K. LOWRY,
28  LEO F. MANINGAS, ROBERT MAYER, ROBERT S. MILLER, SHIRLEY A. SHARPE

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

on behalf of DONALD V. SHARPE, and Defendants, Pfizer, Inc. et al, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

Dated: February 12, 2009

THE LAW GROUP, LTD.

By: /s/ Pamela G. Sotoodeh
Pamela G. Sotoodeh, #6284622
Kurt D. Hyzy, #6196871
THE LAW GROUP, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
Tel: 312.558.6444
Fax: 312.558.1112

*Attorneys for Plaintiff*

Dated: June 16, 2009

GORDON & REES

/s/

Stuart M. Gordon, Esq.
Embarcadero Center West
275 Battery Street 20th Floor
San Francisco, California 94111
Tel: 415.986.5900
Fax: 415.986.8054

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: June 17, 2009

Hon. Charles R. Breyer
United States District [Judge]

*IT IS SO ORDERED — Judge Charles R. Breyer*

-2-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

PFZR/1035934/6190655v.1